In the Matter of the Petition of GEORGE F. THOMPSON and GRACE J. THOMPSON, Appellants, for an Order Pursuant to Article 78, Civil Practice Act, Requiring the BOARD OF SUPERVISORS OF SCHOHARIE COUNTY, Respondent, to Secure from the Petitioners Certain Rights and Easements by Purchase, or in the Alternative to Acquire the Same by Condemnation.— Order dismissing petition reversed, on the law and facts, with fifty dollars costs, and matter remitted to the Special Term for issuance of an order in the nature of alternative mandamus as prescribed under section 1295 of the Civil Practice Act. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HARRINGTON, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Relator has appealed from an order of the Clinton County Court made on August 4, 1941, dismissing a writ of habeas corpus and remanding him to the custody of the warden of Clinton Prison. Relator pleaded guilty to robbery in the second degree in the County Court of Richmond County in April, 1935, and was thereupon sentenced to imprisonment. In June, 1941, relator presented an application to the County Court of Richmond County to set aside the judgment of conviction on the ground that he was not represented by counsel on the trial. The application was denied. On the trial the relator was represented by a man named Milligan. It is said that Milligan was not then a member of the bar of the State; however, the relator pleaded guilty to the crime charged and by agreement, between himself and the district attorney, other indictments against him were dismissed. Order unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

MINNIE E. MOORE, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— This is an appeal by defendant from a judgment entered in the Ulster county clerk's office in favor of the plaintiff and from the order denying defendant's motion to set aside the verdict of the jury. The action was brought against defendant, Commercial Casualty Insurance Company, which had issued an accident insurance policy on the life of Volney Charles Moore payable to the plaintiff herein as the designated beneficiary. On September 18, 1938, the assured was driving his automobile between Modena and New Paltz when his car left the highway and ran into a pile of stones and a clump of trees. On September twentieth, following the accident, he went to bed where he remained until September twenty-sixth, when he was removed to St. Luke's Hospital where he died on September twenty-eighth. The cause of death was stated as lobar pneumonia. There is evidence that prior to the accident, deceased was in good health and that as the result of the accident he developed pneumonia from which he died. A question of fact was presented and there is evidence to sustain the verdict of the jury that assured died from bodily injuries sustained in the accident. The judgment and order of the trial court should be affirmed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

ANNA DAVIS, Respondent, v. H. H. BUTLER STORES, INC., Appellant.— Plaintiff fell in the defendant's store. It was a clear question of fact for the jury which the jury has resolved in favor of the plaintiff. The amount of the verdict is not excessive. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.